IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNIE B. JAMES
ADC # 89050                                                                                                PLAINTIFF

v.                          CASE NO. 4:11CV00901 BSM/BD

BRENDA DICUS et al.                                                                                    DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering this documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claim that defendants violated multiple ADC policies is dismissed with prejudice.

2. Plaintiff's due process claim and his claim for money damages against defendants in their official capacities are dismissed with prejudice.

3 Plaintiff's claims against defendants Dicus and Walker are dismissed without prejudice.

DATED this 24th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE