IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNIE B. JAMES
ADC # 89050                                                                                           PLAINTIFF

v.                              CASE NO. 4:11CV00901 BSM/BD

BRENDA DICUS et al.                                                                            DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1.   Plaintiff may proceed on his retaliation claim against Lieutenant Dicus and that she be reinstated as a party defendant.

2.   Plaintiff's racial discrimination claim against Lieutenant Dicus is dismissed with prejudice.

DATED this 17th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE