IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNIE B. JAMES
ADC # 89050                                                                                    PLAINTIFF

V.                           CASE NO. 4:11CV00901 BSM/BD

BRENDA DICUS, *et al.*                                                                 DEFENDANTS

## ORDER

Defendants have moved for additional time to file a dispositive motion in this lawsuit. (Docket entry #35)  The motion (#35) is GRANTED.  Dispositive motions are now due on or before October 9, 2012.

IT IS SO ORDERED this 13th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE