**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

DONNIE B. JAMES
ADC # 89050                                                                                          PLAINTIFF

V.                              CASE NO. 4:11CV00901 BSM/BD

BRENDA DICUS et al.                                                                              DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed, and no objections have been filed. After carefully considering the disposition and making a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED that:

1.   The defendants' motion for summary judgment [Doc. No. 41] is granted and Mr. James's discrimination and retaliation claims are dismissed without prejudice.

2.   Jurisdiction is not exercised over James's state law claim, and it is dismissed without prejudice.

An appropriate judgment shall accompany this order

DATED this 11th day of January 2013.

                                                                              *Brian S. Miller*
                                                                     UNITED STATES DISTRICT JUDGE